FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 04 2025

KEVIN P. WEIMER , Clerk

By: E. M. Morrell
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

FRANK WASZUT

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-932

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 20, 2025 in DeKalb County, in the Northern District of Georgia, defendant(s) did, knowingly send a communication in interstate or foreign commerce containing a true threat to injure the person of another,

in violation of Title 18, United States Code, Section(s) 875(c).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. Yes

Joshua Floyd
Signature of Complainant
Joshua Floyd

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

September 4, 2025 at Atlanta, Georgia
Date City and State

JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

John K. Larkins III
Signature of Judicial Officer

AUSA Brent Alan Gray /
Brent.Gray@usdoj.gov

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Sep 04 2025

KEVIN P. WEIMER, Clerk

By: E. M. Morrell
Deputy Clerk

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Joshua Floyd, hereby depose and say under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been since 2018. I am currently assigned to the Atlanta Field Division of the FBI and am currently assigned to the Violent Crime squad. I am responsible for apprehending fugitives and investigating violent crimes, including bank robberies, commercial business robberies, kidnappings, carjacking, firearms violations, and gang matters. I have received twenty weeks of training at the FBI Academy located in Quantico, Virginia. I have received training on criminal organizations, bank robberies, criminal case management, financial investigations, money laundering investigations, informant development, and Title III (wiretap) investigations. My investigations have involved the use of confidential sources ("CS"), sources of information ("SOI"), consensual monitoring, electronic and physical surveillance, telephone toll analysis, pole cameras, search warrants of cellular telephones and computers, Global Positioning System ("GPS") tracking, pen register and trap and trace devices, interviews, trash covers, and other investigative techniques. I have conducted interviews of numerous persons involved in violent crimes. I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code.

2. This affidavit is made in support of a criminal complaint, authorizing the arrest of FRANK WASZUT, for violation of Title 18, United States Code, Section 875(c) (Interstate Communication of a Threat to Injure).

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The facts in this affidavit come from my personal observations, my training and experience, and information

obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

4. The Federal Bureau of Investigation (the "Agency") is conducting a criminal investigation involving FRANK ANDREW WASZUT for a violation of federal criminal law, specifically the violation of 1 8 U.S.C. § 875(c).

5. Beginning on or around August 20, 2025, an Instagram user by the name of @gingerbeardmachine posted a video "unmasking" a federal deportation officer with ICE Enforcement and Removal Operations (ERO). The video was posted on Instagram which is social media platform which allows users to share photos and short-form videos. Instagram is owned by Meta Platforms and is based in California. The posted video was viewable worldwide.

6. The video featured a man, later identified as FRANK ANDREW WAZUT of Knoxville, Tennessee, relaying personal identifying information about the deportation officer and the deportation officer's wife. This malicious publication of private or identifying information on social media about a particular individual is commonly known as "doxing." WAZUT stated that people should "catch him [the deportation officer] alone" and give the deportation officer the "cell block one treatment." While WAZUT was making these threats and encouraging this action, two photographs of the detention officer were displayed. The detention officer's face was visible in both photographs. Text appeared above the photographs which stated "ICE Agent Unmasked: [first and last name of the detention officer].

7. WAZUT's full statement was: "So, yeah, this, uh, jerk off pedo-state terrorist right here's name is [deportation officer's first and last name]. And he's an ICE agent and this is him unmasked and also his wife is, is a [wife's occupation]. So, go ahead and make him famous. And if you see this motherfucker out in public give him the cell block one treatment. You know, catch him when he's alone. Have a nice day, [deportation officer's first name]! Bitch!"

8. Your affiant is familiar with the phrase "the cell block one treatment" and believes it refers to the general population area of a jail or prison where minimal security exists and where detainees or inmates are more prone to be subject to physical violence.

9. After FRANK ANDREW WAZUT as @gingerbeardmachine was identified through law enforcement databases and publicly available information, your affiant observed that WASZUT has posted numerous anti-law enforcement and anti-ICE videos, doxing and encouraging others to dox police officers and immobilize law enforcement vehicles.

**<u>CONCLUSION</u>**

10. Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that WASZUT has committed violations of Title 18, United States Code, Section 875(c) (interstate communications containing threats to injure the person of another).